**UNITED STATES BANKRUPTCY COURT, NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE:  MARTHA I RAZO, | )  CASE NO. 16 B 28399 |
| | ) |
| | )  CHAPTER 13 |
| | ) |
| DEBTOR(S), | )  JUDGE:  DONALD R CASSLING |

**AMENDED NOTICE OF MOTION**

To:    Martha I Razo                           Cutler & Associates, LTD
       540 Peregrine Parkway                   via Clerk's ECF noticing procedures
       Bartlett, IL  60103

Please take notice that on the **August 13, 2020** at **9:15 a.m.,** I will appear before Honorable Judge DONALD R CASSLING, or any judge sitting in the judge's place and present the Trustee's motion to dismiss for failure to make plan payments previously noticed for August 13, 2020 at 9:15 a.m.

**PROOF OF SERVICE**

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. Monroe St., Chicago, IL or by the methods indicated on July 20, 2020.

/s/   Tom Vaughn

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL   60603
(312) 294-5900